AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 24 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR-07-0050-JLQ |
| ) | USM No: 11807-085 |
| ) | |
| Date of Previous Judgment: 08/31/2007 ) | Tracy Staab |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendants's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of __8/31/2007__ months **is reduced to** __130__ .

Except as provided above, all provisions of the judgment dated __8/31/2007__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 7/23/08

Effective Date: _____
(if different from order date)

Judge's signature

The Honorable Justin L. Quackenbush
Printed name and title Sr. Judge, US Dist Court