AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 26 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: CR-07-0050-JLQ |
| Tamboura Eugene Simmons | ) | USM No: 11807-085 |
| | ) | |
| Date of Previous Judgment: 08/31/2007 | ) | Tracy Staab |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendants's Attorney |

*Amended*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of  8/31/2007  months **is reduced to**  130  .

Except as provided above, all provisions of the judgment dated  8/31/2007  shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 9/26/08

Judge's signature

Effective Date: _____
(if different from order date)

The Honorable Justin L. Quackenbush    Senior Judge, U.S. District Court
Printed name and title