AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| United States of America | )  |
|---|---|
| v. | ) |
| TAMBOURA EUGENE SIMMONS | )  Case No: CR-07-0050-JLQ |
| | )  USM No: 11807-085 |
| Date of Original Judgment: 08/31/2007 | ) |
| Date of Previous Amended Judgment: 09/26/2008 | )  Andrea K. George, Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  130  months is reduced to  120 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  08/31/2007  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 14, 2015   _____
                              Judge's signature

Effective Date:  11/01/2015   The Honorable Justin L. Quackenbush    Senior Judge, U.S. District Court
*(if different from order date)*                      *Printed name and title*