PROB 12C
(6/16)

Report Date: September 27, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 27 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tamboura Eugene Simmons          Case Number: 0980 2:07CR00050-JLQ-1

Address of Offender:                    Spokane, Washington 99204

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: August 24, 2007

Original Offense:    Possession with Intent to distribute 50 Grams or More of a Mixture or Substance
                     Containing Cocaine Base, 21 U.S.C. § 841(a)(1), (b)(1)(A) and 18 U.S.C. 2

Original Sentence:   Prison 151 months;                Type of Supervision: Supervised Release
                     TSR - 60 months

Amended Sentence:    Prison 130 months;
09/24/2008           TSR - 60 months

Amended Sentence:    Prison 120 months;
11/01/2015           TSR - 60 months

Asst. U.S. Attorney: Earl A. Hicks                    Date Supervision Commenced: November 25, 2015

Defense Attorney:    Andrea K. George                 Date Supervision Expires: November 24, 2020

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local
                    crime.

                    **Supporting Evidence**: On November 25, 2015, supervision commenced in this matter

                    On November 30, 2015, Mr. Simmons reported to the United States Probation Office for the
                    purpose of an intake. It was at that time the offender was informed of all mandatory,
                    standard, and special conditions of supervised release. The offender signed the conditions
                    of supervised release, acknowledging he understood his obligation to the Court, which
                    includes mandatory condition number 2, noted above.

On September 27, 2017, U.S. Probation, in conjunction with additional law enforcement agencies conducted a search at Mr. Simmons' residence. As a result of the search, Mr. Simmons was subsequently arrested for Unlawful Possession of Firearm, in violation of RCW 9.41.040, which carries the potential penalty of up to 10 years in prison.

2   **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**Supporting Evidence**: On November 25, 2015, supervision commenced in this matter.

On November 30, 2015, Mr. Simmons reported to the United States Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender signed the conditions of supervised release, acknowledging he understood his obligation to the Court, which includes mandatory condition number 5, noted above.

On September 27, 2017, U.S. Probation, in conjunction with additional law enforcement agencies, conducted a search at Mr. Simmons' residence. As a result of the search, Mr. Simmons was found to be in possession of ammunition and a firearm, to wit, a .40 caliber Smith and Wesson with the serial number filed off.

3   **Mandatory Condition # 3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: On November 25, 2015, supervision commenced in this matter.

On November 30, 2015, Mr. Simmons reported to the United States Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender signed the conditions of supervised release, acknowledging he understood his obligation to the Court, which includes mandatory condition number 3, noted above.

On September 27, 2017, U.S. Probation, in conjunction with additional law enforcement agencies, conducted a search at Mr. Simmons' residence. As a result of the search, Mr. Simmons was found to be in possession of marijuana along with multiple scales.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 27, 2017

s/Jon Bot

Jon Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[~~X~~] The Issuance of a Warrant
[X] The Issuance of a Summons  *JLC.*
[ ] Other

_____
Signature of Judicial Officer

9/27/2017
Date