PROB 12C
(6/16)

Report Date: October 18, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tamboura Eugene Simmons    Case Number: 0980 2:07CR00050-SAB-1

Address of Offender:                          Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: August 24, 2007

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to distribute 50 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 | |
| Original Sentence: | Prison - 151 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(09/24/2008) | Prison 130 months<br>TSR - 60 months | |
| Amended Sentence:<br>(11/01/2015) | Prison 120 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(04/05/2018) | TSR - 60 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: January 17, 2019 |
| Defense Attorney: | Andrea George | Date Supervision Expires: January 16, 2024 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Simmons is alleged to have violated his conditions of supervision by consuming marijuana and (opioids), which was not prescribed to him by a physician.<br><br>On January 17, 2019, Mr. Simmons signed his judgement acknowledging an understanding of his conditions of supervision. He was made aware that he is not to consume illegal controlled substances, including marijuana and any medication not prescribed to him by a licensed physician. |

Prob12C
**Re: Simmons, Tamboura Eugene**
**October 18, 2019**
**Page 2**

On October 4, 2019, the individual under supervision reported to Pioneer Human Services (PHS) and provided a urine sample that tested presumptively positive for marijuana and morphine.

On October 15, 2019, the undersigned officer received notification from Alere Laboratory that the urine sample Mr. Simmons provided on October 4, 2019, was in fact positive for both marijuana and morphine.

On October 15, 2019, this officer attempted to contact Mr. Simmons to discuss the lab results, however, was unsuccessful. In an effort to contact the offender, the undersigned also contacted his brother who assured this officer he would relay the message. Mr. Simmons subsequently contacted the undersigned officer on October 16, 2019, at which time he was instructed to report to the U.S. Probation Office.

On October 16, 2019, Mr. Simmons reported to the U.S. Probation Office as instructed and met with a probation officer. At that time, the offender admitted to using marijuana on occasion to "deal with stress." He also informed the duty officer he had a tooth pulled on October 2, 2019, and was having pain, but did not receive a prescription from the dentist. Instead, Mr. Simmons admitted to using Tylenol 3, which he got "off the street," on that date, to address the pain. The offender signed an admission of use form admitting to the use of both marijuana and morphine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/18/2019

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

10/24/2019

Date