PROB 12C
(6/16)

Report Date: October 31, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 01, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tamboura Eugene Simmons        Case Number: 0980 2:07CR00050-SAB-1

Address of Offender:                              , Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: August 24, 2007

Original Offense:         Possession with Intent to distribute 50 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

Original Sentence:        Prison - 151 months            Type of Supervision: Supervised Release
                          TSR - 60 months

Amended Sentence:         Prison 130 months
(09/24/2008)              TSR - 60 months

Amended Sentence:         Prison 120 months
(11/01/2015)              TSR - 60 months

Revocation Sentence:
(04/05/2018)              TSR - 60 months

Asst. U.S. Attorney:      Earl A. Hicks             Date Supervision Commenced: January 17, 2019

Defense Attorney:         Federal Defenders Office  Date Supervision Expires: January 16, 2024

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/24/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Simmons is alleged to have violated his conditions of supervision by consuming marijuana and (opioids), which was not prescribed to him by a physician. |

Prob12C
**Re: Simmons, Tamboura Eugene**
**October 31, 2019**
**Page 2**

On January 17, 2019, Mr. Simmons signed his judgment acknowledging an understanding of his conditions of supervision. He was made aware that he is not to consume illegal controlled substances, including marijuana and any medication not prescribed to him by a licensed physician

On October 29, 2019, the individual under supervision reported to Pioneer Human Services (PHS) and provided a urine sample that tested presumptively positive for marijuana and morphine.

On October 31, 2019, Mr. Simmons reported to the probation office where he was confronted on his presumptive positive urinalysis test. Mr. Simmons willfully admitted to smoking marijuana and ingesting a Tylenol 3 pill for which he does not have a valid prescription. Mr. Simmons signed a drug use admission form admitting to consuming these substances on October 28, 2019.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/31/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Simmons, Tamboura Eugene
October 31, 2019
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

11/01/2019
_____
Date