Do PROB 12C
(6/16)

Report Date: December 9, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tamboura Eugene Simmons    Case Number: 0980 2:07CR00050-SAB-1

Address of Offender: Newman Lake, Washington 99025

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 24, 2007

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. §§ 841(a)(1) and 2 | |
| Original Sentence: | Prison - 151 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(09/24/2008) | Prison - 130 months<br>TSR - 60 months | |
| Amended Sentence:<br>(11/01/2015) | Prison - 120 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(04/09/2018) | Prison - 1 day<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: January 17, 2019 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: January 16, 2024 |

---

## PETITIONING THE COURT

To issue a **warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged Mr. Simmons violated the terms of his supervised release as he allegedly committed the crimes of delivery of a controlled substance, heroin, and felon in possession of a firearm in Kootenai County, Idaho, on or about December 8, 2020.<br><br>On January 17, 2019, Mr. Simmons signed his judgment acknowledging an understanding of his conditions of supervision, to include mandatory condition number 1. |

On December 8, 2020, the Kootenai County Sheriff's Office (KCSO) contacted the undersigned officer. They advised they had executed a search warrant at the offender's residence in Hauser, Idaho. Located in the residence was approximately 3 pounds of heroin and three firearms. The firearms were an AR-15 style rifle, a Smith & Wesson .40 caliber pistol, and a darringer pistol. The KCSO case number is 20-51465, and this continues to be an active investigation. The KCSO advised charges will be filed. The police reports have been requested and when they become available, the undersigned will provide additional information to the Court, if needed.

2 **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: It is alleged Mr. Simmons violated his terms of supervised release, as he had been residing in Hauser, Idaho, on or before December 8, 2020. Mr. Simmons was not authorized to leave the Eastern District of Washington and establish a residence in the District of Idaho.

On January 17, 2019, Mr. Simmons signed his judgment acknowledging an understanding of his conditions of supervision to include standard condition number 3.

According to the KCSO and the Spokane Police Department, Mr. Simmons had been living in Hauser, Idaho, within the District of Idaho. During the course of the investigation, individuals were interviewed, to include a neighbor, who confirmed Mr. Simmons had been living at a residence in Hauser, Idaho. A prescription bottle and a vehicle registration were found at the residence with Mr. Simmons' name on them.

3 **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with) you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: It is alleged Mr. Simmons violated the terms of his supervised release, as he had been residing in Hauser, Idaho, on or before December 8, 2020.

On January 17, 2019, Mr. Simmons signed his judgment acknowledging an understanding of his conditions of supervision to include standard condition number 5

According to the KCSO and an officer with the Spokane Police Department, it was determined Mr. Simmons had been living in Hauser, Idaho, after the execution of a search warrant. A neighbor was interviewed, who confirmed Mr. Simmons resided at the residence in Hauser, Idaho, and was there nightly. A prescription bottle and a vehicle registration were found at the residence with Mr. Simmons' name on them. In addition, there was a Google Nest installed in the home labeled " TS room," Mr. Simmons' initials.

4 **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

**Supporting Evidence**: It is alleged Mr. Simmons violated the terms of his supervised release as he committed the crime, Attempt to Elude a Police Vehicle, in violation of R.C.W. 46.61.024, on December 8, 2020.

On January 17, 2019, Mr. Simmons signed his judgment acknowledging an understanding of his conditions of supervision to include mandatory condition number 1.

According to police report 2020-20212043 filed by the Spokane Police Department, on December 8, 2020, an officer with the Spokane Police Department attempted to conduct a traffic stop on Mr. Simmons, as there was probable cause to arrest Mr. Simmons for delivery of a controlled substance. The officer activated his emergency lights after confirming Mr. Simmons was the driver of the vehicle. The vehicle continued to travel approximately 2 blocks and made a left turn. The vehicle never came to a stop. The vehicle then fled, traveling 50 plus miles per hour in a residential neighborhood, and failed to make a complete stop at an intersection, which almost caused an accident. The officer observed Mr. Simmons blow through another stop sign and travel through uncontrolled intersections at a high-rate of speed, and observed the vehicle bounce in the air due to the raised roadway. The vehicle came to a dead end, and as the officer approached, Mr. Simmons exited the vehicle and ran on foot carrying a black backpack. The officer identified himself and gave Mr. Simmons commands to stop and get on the ground, and Mr. Simmons refused and continued to flee. The officer gave chase on foot and eventually caught up to Mr. Simmons and placed him into custody for attempt to elude a police vehicle. It should be noted, while Mr. Simmons was running from officers, small baggies were falling out of his backpack, which were consistent with packaging that is used for the storage and delivery of controlled substances.

5 **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

**Supporting Evidence**: It is alleged Mr. Simmons violated the terms of his supervised release by committing the crime of Possession with Intent to Deliver a Controlled Substance, Heroin, in violation of R.C.W. 69.50.401.BF, on December 8, 2020.

On January 17, 2019, Mr. Simmons signed his judgment acknowledging an understanding of his conditions of supervision to include mandatory condition number 1.

According to Spokane Police Department report number 2020-20196972, officers with the Spokane Police Department began an investigation into Mr. Simmons for selling illicit drugs. In November and December 2020, officers used a confidential informant to purchase heroin from Mr. Simmons on numerous occasions in the Spokane, Washington, area, to include the residence in Hauser, Idaho, as mentioned above. Probable cause was established to arrest Mr. Simmons on numerous counts of delivery of a controlled substance.

On December 8, 2020, Mr. Simmons was arrested after eluding officers in a vehicle. He was booked into the Spokane County Jail.

A search warrant was executed on two vehicles associated with Mr. Simmons, to include the vehicle in which he was arrested. A chunk of heroin was located in the center console. Packaging material and a functioning drug scale were also located.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/09/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/9/2020

Date