PROB 12C
(6/16)

Report Date:  December 15, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tamboura Eugene Simmons          Case Number: 0980 2:07CR00050-SAB-1

Address of Offender:                           , Newman Lake, Washington 99025

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 24, 2007

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. §§ 841(a)(1) and 2 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 151 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(09/24/2008) | Prison - 130 months<br>TSR - 60 months | |
| Amended Sentence:<br>(11/01/2015) | Prison - 120 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(04/09/2018) | Prison - 1 day<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: January 17, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 16, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/9/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**:  It is alleged Mr. Simmons violated the terms of his supervised release, by possessing alprazolam, a schedule IV controlled substance, on or before December 8, 2020. |

Prob12C
**Re: Simmons, Tamboura Eugene**
**December 15, 2020**
**Page 2**

On January 17, 2019, Mr. Simmons signed his judgment acknowledging an understanding of his conditions of supervision, to include mandatory condition number 2.

On December 8, 2020, the Kootenai County Sheriff's Office (KCSO) executed a search warrant at a residence occupied by Mr. Simmons. Prescription medication was found in a Mentos container in a safe underneath the bed. The prescription medication was identified as alprazolam, a schedule IV controlled substance. The medication was not prescribed to Mr. Simmons, nor was it being stored in the appropriate prescription bottle.

7      **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone who has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: It is alleged Mr. Simmons violated the terms of his supervised release, by associating with Paula L. Riojas, an individual convicted of a felony, on or before December 8, 2020.

On January 17, 2019, Mr. Simmons signed his judgment acknowledging an understanding on his conditions of supervision, to include standard condition number 8.

On December 8, 2020, the KCSO executed a search warrant at a residence occupied by Mr. Simmons. Arrested at the residence was a female identified as Paula L. Riojas. Ms. Riojas indicated she lived at the residence, and items establishing her residency were also found. A neighbor also confirmed Mr. Simmons and Ms. Riojas lived at the house. KCSO confirmed Ms. Riojas was a convicted felon, with a felony conviction out of Washington State.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     12/15/2020

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Simmons, Tamboura Eugene**
**December 15, 2020**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the
         case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

        12/15/2020
_____
Date