PROB 12C
(6/16)

Report Date: August 15, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2025

SEAN F. McAVOY, CLERK

ECF No. 135

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tamboura Eugene Simmons          Case Number: 0980 2:07CR00050-SAB-1

Address of Offender: ███████████████  Spokane, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 24, 2007

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to distribute 50 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1) and 18 U.S.C. 2 | |
| Original Sentence: | Prison - 151 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(September 24, 2008) | Prison- 130 months<br>TSR- 60 months | |
| Amended Sentence<br>(November 1, 2015) | Prison- 120 months<br>TSR- 60 months | |
| Revocation Sentence<br>(April 9, 2019) | Prison- 1 day<br>TSR- 60 months | |
| Revocation Sentence<br>(April 14, 2022) | Prison- 12months and 1 day<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: November 25, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 24, 2027 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/22/2025.

On November 29, 2022, a United States Probation Officer reviewed Mr. Simmons' conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

Prob12C
**Re: Simmons, Tamboura Eugene**
**August 15, 2025**
**Page 2**

**Supporting Evidence**: On August 6, 2025, a superseding indictment under ED/WA docket number 2:25CR00121-SAB-1, was filed with the Court. It is alleged that Mr. Simmons is in violation of his conditions of supervised release for being charged with the following crimes:

Count 1: Possession with Intent to Distribute 400 Grams or More of Fentanyl, in violation of 21 U.S.C. § 841 (a)(1),(b)(1)(A)(vi).

Counts 2-4: Distribution of Fentanyl, in violation of 21 U.S.C. § 841 (a)(1)(C);

Count 5: Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922 (g)(1), 924 (a)(8) and;

Count 6: Possession of a Firearm in Furtherance of Drug Trafficking, in violation of 18 U.S.C. § 924 (c)(1)(A)(i).

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/15/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian

Signature of Judicial Officer

8/19/2025
Date